USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

    Plaintiff,

-against-

NANO ENDEAVOUR LLC doing business as NANO ECUADORIAN KITCHEN and 691 TENTH, LLC,

    Defendants.

19-CV-11300 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It appears to the Court that no action has taken place in this case since December 23, 2019, when plaintiff effected service of the summons and complaint on each defendant. (Dkt. Nos. 9, 10.) Defendants' deadline to answer or otherwise respond to the complaint was January 13, 2020. Fed. R. Civ. P. 12(a)(1)(A)(i).

It is hereby ORDERED that, no later than **February 14, 2020**, plaintiff shall file a status letter updating the Court on the present status of the case, including whether he intends to move for a default judgment.

The Clerk of Court is respectfully directed to mail a copy of this Order to: (1) Nano Endeavour LLC, 691 10th Avenue, New York, NY 10036; and (2) 691 Tenth LLC, 691 10th Avenue, New York, NY 10036.

Dated: New York, New York
      February 5, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**